## *The sale of the Real Estate of* THOMAS M. CORNWALL.

REAL estate of an intestate cannot be sold to pay expenses of administration.

THE SURROGATE. Georgiana Cornwall and Jacob Weeks, administrators of the goods of Thomas M. Cornwall, deceased, petition for leave to sell the lands of their intestate for the payment of his debts.

The petition does not show any debts outstanding against their intestate. It shows the incurring of certain expenses of administration by the administrators. Real estate cannot be sold to pay administrators' expenses. Petition denied.